## Snader v. Schum, Appellant.

Argued Nov. 12, 1902. Appeal, No. 87, Oct. T., 1902, by defendants, from judgment of C. P. Aug. T., 1896, No. 147, on verdict for plaintiff in case of A. W. Snader, Receiver of Lancaster County Mutual Live Stock Insurance Company, v. John E. Schum and Charles Holzworth, trading as Philip Schum Sons & Company. Before BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY W. D. PORTER, J., December 13, 1902:

The questions raised by this record are the same which were

involved in consideration of the case of A. W. Snader, Receiver, v. Bomberger, in which an opinion has this day been filed.    Certain questions of fact were in dispute at the trial of this issue, and those questions have been determined by a jury under instructions from the court of which the defendants have no grounds for complaint.

The judgment is affirmed.